IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PARRISH MACK | CRIMINAL ACTION NO. 22-262 |

## ORDER

**AND NOW**, this 3rd day of February 2026, upon consideration of Defendant Parrish Mack's *pro se* letter motion requesting the termination of his appointed counsel and the withdrawal of his guilty plea [Doc. No. 43] and the government's response thereto [Doc. No. 45], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's motion to withdraw his guilty plea is **DENIED**. The Court will defer its final ruling as to Defendant's motion to terminate his appointed counsel until it may conduct the appropriate colloquy with Defendant to assess whether he may proceed *pro se*.[1]

A hearing is set for **February 17, 2026, at 11:00 AM** on Defendant's Request to represent himself in all further proceedings. The hearing shall take place in Courtroom 12A of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

Sentencing is scheduled for **March 10, 2026, at 11:00 AM** in Courtroom 12A of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

**It is so ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] *See United States v. Peppers*, 302 F.3d 120 (3d Cir. 2002).